IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ESURANCE INSURANCE SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LAJAVION RAMSEY, ALEXIS N. HILL, TERRI ARNETT, DONALD ARNETT, DA-MON L. PERKINS, TERRION CARTER-SMITH, FAITH STUBBLEFIELD, NICHOLAS A. SMITH, and WILLIAM R. RANKIN, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 3:20-cv-1378-RJD-DWD ) ) ) ) ) ) ) |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Reona J. Daly (Doc. 74) on whether the Court should grant Plaintiff's Motion for Default Judgment ("Motion") (Doc. 73). Not all parties have entered their appearance and consented to magistrate judge jurisdiction, requiring the present Memorandum & Order. (Doc. 74, pg. 1). The Report and Recommendation, entered on December 12, 2022, recommends that the Motion be granted and declaratory judgment be entered for Plaintiff. (Doc. 74, pg. 1). It is further recommended that the Court adopt the finds of fact and conclusions of law of Magistrate Judge Daly. (Doc. 74, pg. 1).

There is no objection to the Report and Recommendation. Where neither timely nor specific objections are made, the Court reviews the Report and Recommendation for clear error. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *accord*

*Strickland v. Godinez*, 104 F. Supp. 3d 940, 941 (S.D. Ill. 2015). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The undersigned has reviewed Magistrate Judge Daly's Report and Recommendation and finds that there is no clear error in her findings of fact or conclusions of law. Accordingly, the Report and Recommendation (Doc. 74) is **ADOPTED in whole** and the Motion is **GRANTED**. The Clerk is **DIRECTED** to enter a declaratory default judgment against Defendants.

**SO ORDERED.**

Dated: January 3, 2023.

s/ David W. Dugan
_____
DAVID W. DUGAN
United States District Judge